

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-26-00241-CR

_____

RANDALL BAUGH JOHNS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Criminal Court No. 9
Tarrant County, Texas
Trial Court No. 1879988, Honorable Brian Bolton, Presiding

July 2, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and PRATT, JJ.

Appellant, Randall Baugh Jones, appeals his conviction for driving while intoxicated[1] and sentence to 180 days confinement in Tarrant County Jail, suspended in favor of community supervision.[2] Pending before the Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the

---

[1] *See* TEX. PENAL CODE § 49.04.

[2] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

motion is signed by both Appellant and his attorney.  Because no decision of the Court has been issued, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained, and the Court's mandate will issue forthwith.

Per Curiam

Do not publish.